

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00831-CV

Michael Thomas **PAUL,**
Appellant

v.

Miguel **LOPEZ**, David Padilla, John Stricklin, Javier Zuniga, and San Antonio Television, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: August 14, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant filed a notice of appeal complaining of a final judgment dismissing his claims under Chapter 27 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.003, 27.005. Appellant's brief was originally due on May 7, 2019. When neither the brief nor a motion for extension of time was filed by this date, we issued an order informing appellant that his brief was overdue and directing him to file his brief on or before June 3, 2019. In response, appellant filed a motion for extension of time to file his brief. We granted this motion in part and ordered appellant to file his brief on or before June 26, 2019. We warned appellant that

no further extensions would be granted absent extenuating circumstances. Neither the brief nor a motion for extension of time was filed. On July 1, 2019, we ordered appellant to file, on or before July 15, 2019, his appellant's brief and a written response reasonably explaining his failure to file a brief. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); *see also* TEX. R. APP. P. 42.3(c) (authorizing appellate courts to dismiss an appeal when the appellant fails to comply with a court order). Appellant has not filed a brief or otherwise responded to our July 1, 2019 order.

We therefore dismiss this appeal.

PER CURIAM